# United States Court of

# Appeals

① of 4

## For The First Circuit

| | |
|---|---|
| United States Of America <br> "Appellee" <br><br> V. <br><br> Francisco Lopez <br> "Appellant" | Appeal No. 22-1428 <br><br> Appellant's Response to Appellee's motion For Summary Disposition <br><br> noted: August 28, 2022 |

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE
2022 SEP -6 PM 3:49

## APPELLANT'S RESPONSE TO APPELLEE'S MOTION / SUMMARY DISPOSITION

AND NOW comes Appellant, Franciso Lopez, and respectfully requests that this Honorable Court deny Appellee's Motion for Summary Disposition.

As explained below, Appellants appeal presents a substantial question that is not appropriately resolved through summary action.

## BACKGROUND

1.      On January 26, 2022, Appellant filed a Motion for Compassionate Release

# ARGUMENT

I.   The Appellant's appeal presents a substantial question and the Appellant should have an opportunity to fully brief the issues raised therein.

II.   The District Court erred in concluding that Appellant did not present extraordinary and Compelling circumstances and Appellant has a right to appeal that error.

III   The Appellant faces several underlying health conditions that increase his risk for getting seriously ill or dying from Covid-19.   Asthma, Obesity, diabetes, serious respiratory issues.

2. In that request, Appellant explained that he has diabetes, asthma, obesity, and serious respiratory issues which place him at increased risk of getting seriously ill or dying if he contracts Covid-19.

3. In particular, the Appellant explained in his motion that those with diabetes, asthma, and serious respiratory issues have the following risk factors if they contract Covid-19: An increased risk for getting severely ill, a triple increase in the risk of hospitalization, increased risk of death and the potential for lower Vaccine response

4. F.C.I Cumberland has recently experienced a spike in Covid related illnesses. As of August 28, 2022, at least a dozen inmates have recently contracted Covid-19

5. F.C.I Cumberland has and is still on a Covid related lockdown schedule due to the B.O.P's inability to contain the virus within the Cumberland Facility.

6. The Above statistics show that the Appellant's risks have increased since his placement at F.C.I Cumberland.

④ of 4

7. Contrary to the Government's assertion, Appellant has timely and correctly exhausted his administrative remedies

8. Further, the Government seems to ignore Appellant's significant rehabilitative efforts and continuously references Appellant's alleged dangerousness [See Motion for Summary Action]

9. Finally, The District Court Committed a clear error in Judgement in concluding that Mr. Lopez's health conditions do not meet the criteria for extraordinary and compelling, and that the 3553(A) factors did not justify Appellant's release in the context of his Motion for Compassionate Release.

Conclusion

WHEREFORE, for the reasons above, Appellant respectfully requests that this Honorable Court deny Appellee's Motion for Summary Action and issue a briefing Schedule.

Respectfully Submitted,
~~PRO SE~~ Petitioner
Francisco Lopez
"pro se' petitioner"
Francisco Lopez

# Certificate Of Service

I, Francisco Lopez, "Petitioner PRO SE",
do hereby certify that on August 28, 2022,
I served a copy of the foregoing document
on the following by 1st class, Prepaid
U.S postage Mail :

Donald C. Lockhart
      A.U.S.A

Date
August 28, 2022

Francisco Lopez
*  Francisco Lopez
   Petitioner PRO SE"



Francisco Lopez 01998138
# B-1 214

Federal Correctional Institution
P.O Box 1000
Cumberland, MD. 21501-1000

"Office Of the
"U.S Court Of
For The First
1 Courthouse
Boston, Ma.

[Legal Mail]

USMS SCREENED

Lopez 07718138

214

...nal Institution

...000

...WD. 21501-1000

"Office Of the Clerk"

"U.S Court Of Appeals"

FoR The First Circuit

1 Courthouse Way  suite 2500

Boston, Ma.  02210

Mail

USMS SCREENED