# United States Court of Appeals
## For the First Circuit

No. 22-1428

UNITED STATES,

Appellee,

v.

FRANCISCO LOPEZ, a/k/a King Cisco,

Defendant - Appellant.

**ORDER OF COURT**

Entered: September 7, 2022
Pursuant to 1st Cir. R. 27.0(d)

Appellee's unopposed motion to stay briefing pending the court's decision on the motion for summary disposition is granted.

By the Court:

Maria R. Hamilton, Clerk

cc:
Donald Campbell Lockhart
Mark Jon Grady
Glenn A. MacKinlay
Emily O. Cannon
Nicholas Soivilien
Lauren Graber
Philip Mallard
Rachel Emily Goldstein
Sarah B. Hoefle
Francisco Lopez